**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**

Bethany R. Nikitenko
Partner
*Telephone: 215.567.8300*
*Fax: 215.567.8333*
bnikitenko@feldmanshepherd.com

May 25, 2023

<u>**VIA ELECTRONIC MAIL**</u>

The Honorable Martin C. Carlson
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania 17101
magistrate_judge_carlson@pamd.us.courts.gov

   Re: <u>**Harper v. Sky-King Fireworks, Inc., et al.**</u>
     <u>**USDC MDPA, No: 4:20-CV-1500**</u>

Dear Judge Carlson:

  I am pleased to advise that the parties have reached a settlement in the above-referenced matter. The case will be discontinued as soon as the Release is finalized, and a check has been issued. Thank you for your ongoing patience and assistance in this matter. Please do not hesitate to contact counsel should you have any questions or concerns. Thank you in advance for your time and consideration.

            Very truly yours,

            *Bethany R. Nikitenko*

            Bethany R. Nikitenko

BRN/jm
cc: Daniel J. Rucket, Esquire (via email)