IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC HARPER, et al.,** : | Civil No. 4:20-CV-1500 |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | (Magistrate Judge Carlson) |
| **SKY KING FIREWORKS, INC., et al.,** : | |
| : | |
| Defendants. : | |

### O R D E R

**AND NOW**, this 25th day of May 2023, it having been reported to the Court that this case has been amicably resolved by the parties, **IT IS HEREBY ORDERED** that the clerk is directed to CLOSE this case administratively, and the parties are directed to file a stipulation of dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure within 120 days upon consummation of this settlement.[1] If the parties are unable to consummate their settlement they shall

---

[1] Rule 41 contemplates three methods of dismissal. Before an answer or summary judgment motion has been filed, an action can be dismissed by a notice of dismissal signed by the plaintiff alone. See FED. R. CIV. P. 41(a)(1)(A)(i). After an answer or motion for summary judgment has been filed, the parties can dismiss a case by filing a stipulation of dismissal signed by all parties to have appeared. See FED. R. CIV. P. 41(a)(1)(A)(ii). Either of these filings operates to close the case and end the court's jurisdiction without further court action. For any dismissal that is conditional or otherwise requires court approval, including, for example, a request that the court retain jurisdiction for a specific period of time for enforcement of the settlement, the plaintiff shall submit a motion to dismiss setting forth the requested terms for dismissal, accompanied by a proposed order. See FED. R. CIV. P. 41(a)(2).

notify the Court within 120 days, so this matter may be reinstated on the court's active docket.

                                          */s/ Martin C. Carlson*
                                          Martin C. Carlson
                                          United States Magistrate Judge

Case 4:20-cv-01500-MCC   Document 62   Filed 05/25/23   Page 2 of 2